# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                              **Plaintiff**

**v.**                     **Case No.: 4:19–cr–00533–KGB**

**Davidlon Palmer**                                                         **Defendant**

## NOTICE OF HEARING

     PLEASE take notice that a Sentencing has been set in this case for January 19, 2023, at 10:00 AM before Judge Kristine G. Baker in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** January 13, 2023                                   AT THE DIRECTION OF THE COURT
                                                                                         TAMMY H. DOWNS, CLERK

                                                                                       **By:**  Tracy M. Washington, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas